# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX. REL. MARK HENDERSON, | : | No. 4 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TREVOR WINGARD, | : | |
| SUPERINTENDENT, STATE | : | |
| CORRECTIONAL INSTITUTION AT | : | |
| SOMERSET, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.